# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**RECEIVED**
NOV 09 2015
11-9-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MARIO V. HALLOM

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

CHICAGO POLICE DEPT. (111ST ST.) (ELLIS)

COOK COUNTY

15c 10180
Judge James B. Zagel
Magistrate Judge Geraldine Soat Brown
PC 3

Case No: _____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

_____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

__X__ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

   A.  Name: MARIO V. HALLOM

   B.  List all aliases: N/A

   C.  Prisoner identification number: 2014 0206217

   D.  Place of present confinement: COOK COUNTY JAIL

   E.  Address: 2600 So. CALIFORNIA AVE. CHICAGO IL. 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A.  Defendant: CHICAGO POLICE / GANG UNIT / 111ST + ELLIS

       Title: CHICAGO POLICE OFFICER(S)

       Place of Employment: 111ST + ELLIS (CHICAGO POLICE)

   B.  Defendant: CHICAGO POLICE / GUN UNIT / 111ST + ELLIS

       Title: CHICAGO POLICE OFFICER(S)

       Place of Employment: 111ST + ELLIS STATION (CHICAGO POLICE DEPT.)

   C.  Defendant: CHICAGO POLICE / HOMICIDE UNIT / 111ST + ELLIS

       Title: CHICAGO POLICE DETECTIVES

       Place of Employment: 111ST STATION (CHICAGO POLICE DEPT.)

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 15 CV 5194 CIVIL LAWSUIT AGAINST PHYSICIANS AT COOK COUNTY JAIL

B. Approximate date of filing lawsuit: JUNE 12, 2015

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: MARIO V. HALLOM (SELF)

D. List all defendants: DR. PATEL AND DR. GREEN

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. DISTRICT COURT, NORTHERN DISTRICT COOK COUNTY, IL.

F. Name of judge to whom case was assigned: JUDGE MANISH S. SHAH

G. Basic claim made: Diliberate Indifference to MEDICAL TREATMENT

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): STILL PENDING

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON OR ABOUT JUNE 10th, 2013 AT APPROX 8:30 PM I WAS TAKEN INTO CUSTODY BY THE CHICAGO POLICE. THERE WAS NO ARREST WARRENT FOR AT THIS TIME NOR WAS I UNDER SURVEILANCE. I WAS TAKEN TO 111ST POLICE STATION AND PLACED IN AN INTERROGATION ROOM WHERE I WAS HELD UNTIL JUNE 13th, 2013 AT APPROX 9:30 AM.

DURING THIS TIME I WAS FORCED TO SLEEP ON THE FLOOR OF THE INTERROGATION ROOM FOR 2 NIGHTS I WAS HELD PAST THE ALLOTTED TIME OF 48 hrs. AND WAS NEVER PLACED IN A CELL. SEVERAL VIOLATIONS OF MY RIGHTS OCCURRED WHEN THIS TOOK PLACE, DUE PROCESS AND BASIC HUMAN RIGHTS UNDER THE U.S. CONSTITUTION.

I WAS ALSO NEVER READ MY MIRANDA RIGHTS DURING THE 60 HOURS I WAS DETAINED. WHILE IN CUSTODY I WAS INTERROGATED BY THE HOMOCIDE UNIT, THE GANG UNIT AND THE GUN UNIT. THERE WERE VARIOUS OFFICERS THAT I

TALKED TO INCLUDING 2 STATES ATTORNEYS, I DO NOT HAVE THE NAMES OF ANY OF THESE OFFICERS BUT WITH DUE DILEGENCE, I PROBABLY COULD RETRIEVE THE APPROPRIATE NAMES THAT HELD ME PAST THE 48 hrs. that are allowed.

AS A RESULT OF THESE ACTIONS, I WAS FALSLEY ARRESTED, AM FACING SERIOUS TIME IN PRISON, AND I HAVE NIGHTMARES OFTEN. I ALSO AM TAKING MEDICATIONS THAT I NORMALLY WOULDN'T TAKE TO COPE WITH THE CONDITIONS IN WHICH I AM BEING FORCED TO LIVE IN.

5

Revised 9/2007

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I WOULD LIKE TO RECIEVE THE AMOUNT OF $3,000,000.00 FOR THE PAIN AND SUFFERING AS A RESULT OF THE ACTIONS BY THE CHICAGO POLICE DEPT. ALSO, TO ENSURE THAT THIS PRACTICE IS OUTLAWED, I WOULD LIKE THE COURT TO GIVE ME COMPENSATION AS IT SEES FIT FOR THE NEGLECT OF MY RIGHTS AS A CITIZEN OF THE UNITED STATES AND THE STATE OF ILLINOIS.

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __4__ day of __8-aug__, 20__15__

_Mario Hallon_
(Signature of plaintiff or plaintiffs)

_Mario Hallon_
(Print name)

_2014020 6217_
(I.D. Number)

P.O. Box 089002 Div 10 4A 2600 S. California
(Address) Chicago IL 60608